## 26064. TIGNER v. THE STATE.

BROYLES, C. J. The accused was convicted of the offense of possessing whisky. As shown by the untraversed answer of the trial judge, the conviction was authorized by the positive and direct testimony of two witnesses for the State. The overruling of the defendant's certiorari was not error. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 20, 1937.

*J. Emmett Baird,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.